HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MARC DAYS, Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LOPEZ-VIRGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-CR-00159 AWI-BAM-1 |
| Plaintiff, | STIPULATION AND  ORDER ADVANCING HEARING |
| vs. | |
| JOSE LOPEZ-VIRGEN, | Date:   September 29, 2014 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and MARC DAYS, Assistant Federal Defender, counsel for defendant, JOSE LOPEZ-VIRGEN, **that the date for status conference may be advanced to September 29, 2014.**  The date currently set for status conference is November 3, 2014, at 10:00 a.m.

The government's fast track plea offer has been signed and filed.  Because there is nothing more to be done prior to the change of plea and sentencing, defendant, JOSE LOPEZ-VIRGEN, requests that the currently set status conference be advanced for change of plea and sentencing in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail.

Assistant U.S. Attorney Mia A. Giacomazzi has no objection to this request. The parties agree that advancing the change of plea and sentencing date in this matter will further the ends of justice.

1

2   Respectfully submitted,

3   BENJAMIN B. WAGNER
    United States Attorney

4   DATED: September 23, 2014          /s/ *Mia A. Giacomazzi*
                                       MIA A. GIACOMAZZI
5                                      Assistant United States Attorney
                                       Attorney for Plaintiff
6

7

8                                      HEATHER E. WILLIAMS
9                                      Federal Defender

10

11  DATED: September 23, 2014          /s/ *Marc Days*
                                       MARC DAYS
12                                     Assistant Federal Defender
                                       Attorneys for Defendant
                                       JOSE LOPEZ-VIRGEN
13

14

15                         **O R D E R**

16

17  IT IS SO ORDERED.

18  Dated:   September 24, 2014        _____
                                       SENIOR  DISTRICT  JUDGE
19

20

21

22

23

24

25

26

27

28